UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-043

No. 23-2882

JANE DOE

v.

CAPITAL HEALTH SYSTEM INC, DBA Capital Health,
Appellant

(D.N.J. No. 3-23-cv-01247)

Present:  PORTER, Circuit Judge

1. Unopposed Motion filed by Appellee Jane Doe for Extension of Time to file Motion to proceed under a pseudonym until/for 12/01/2023 and Motion to proceed under a pseudonym

                                                                Respectfully,
                                                                Clerk/lmr

_____ORDER_____

Plaintiff-Appellee's motion to proceed under a pseudonym is denied.

Our legal system operates under a strong presumption of public proceedings and publicly filed documents, including the names of the parties filing the documents. *Doe v. Megless*, 654 F.3d 404, 408 (3d Cir. 2011). Parties are sometimes allowed to proceed anonymously in "exceptional cases" where there is a showing of "severe harm" or the reasonable fear of severe harm. *Id*. "That a plaintiff may suffer embarrassment or economic harm is not enough." *Id*.

Plaintiff has not made a showing of severe harm or the reasonable fear of severe harm. Plaintiff's motion refers to the type of medical appointments she makes, the date of her appointments and the identity of treating physicians. That does not implicate the type of sensitive privacy concerns presented by the examples that we enumerated in *Megless*. *Id*. (citing *Doe v. Borough of Morrisville*, 130 F.R.D. 612, 614 (E.D. Pa. 1990)). *See also*, *Doe v. Coll. of N.J.*, 997 F.3d 489 (3d Cir. 2021) (affirming denial of motion to proceed anonymously where plaintiff sought to prevent "the publicizing of very personal information involving her minor children, pregnancy, and miscarriage"). *Id*. at 495. Short

of that, simply wanting to proceed anonymously is not enough to overcome the "thumb on the scale that is the universal interest in favor of open judicial proceedings." *Megless*, 654 F.3d at 411.

Counsel is directed to provide Appellee's name to the Clerk's Office within 10 days of the date of this order.

By the Court,

s/David J. Porter
Circuit Judge

Dated: January 11, 2024
Lmr/cc: All Counsel of Record